NO. 07-00-0538-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 26, 2001

______________________________

EX PARTE JOSE PESINA

_________________________________

FROM THE COUNTY COURT AT LAW #2 OF POTTER COUNTY;

NO. 7409; HONORABLE PAMELA C. SIRMON, JUDGE

_______________________________

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

On December 1, 2000, the clerk of this court received a copy of a Notice of Appeal  filed on behalf of appellant Jose Pesina.  By letter dated December 11, 2000, counsel for appellant was advised that a filing fee had not been received, 
Tex. R. App. P
. 5, nor had a docketing statement been filed.  
Tex. R. App. P
. 32.1.  The letter of December 11, 2000, likewise advised that no further action would be taken on the appeal by this Court until a filing fee had been paid and that failure to pay the filing fee may result in dismissal of the appeal.  
Tex. R. App. P
. 42.3.  

The filing fee was not paid.  By letter dated January 11, 2001, the clerk advised counsel for appellant that the filing fee had still not been paid, and that unless the filing fee was received on or before January 22, 2001, the appeal would be subject to dismissal.  The filing fee has not been paid.

Accordingly, this appeal is dismissed.  
Tex. R. App. P
. 42.3.

Per Curiam

Do not publish.